UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARMINE BYNES,

        Plaintiff,

v.                                                        Case No:   5:22-cv-17-GAP-PRL

OPERATORS OF SHERIFFS
DEPARTMENT,

        Defendant.

## ORDER

This cause comes before the Court on Plaintiff's amended complaint (Doc. 5) filed January 26, 2022, and the application to proceed *in forma pauperis* (Doc. 3) filed January 12, 2022.

On February 2, 2022, the United States Magistrate Judge issued a report (Doc. 6) recommending that the application be denied and the amended complaint be dismissed. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.     The application to proceed *in forma pauperis* (Doc. 3) is **DENIED**.

3.     The amended complaint (Doc. 5) is **DISMISSED**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Ocala, Florida on February 18, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party